**Order entered February 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01723-CV

### CITY OF DALLAS, Appellant

### V.

### ROBIN LOPEZ, Appellee

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-02070

## ORDER

By order entered December 31, 2013, we abated the appeal to allow the parties to finalize a settlement agreement. In a motion to dismiss the appeal filed February 4, 2014, appellant informed us the settlement has been finalized. Accordingly, we **REINSTATE** the appeal. The motion to dismiss the appeal will be determined separately.

/s/      ELIZABETH LANG-MIERS
JUSTICE